There are no Nebraska Court of Appeals opinions for release the week of May 13, 2014.